UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LASHARAN S. AMOS,

                              Plaintiff,                          <u>ORDER</u>
                                                                  09 CV 2344 (RJD)(LB)
                    -against-

1199 SEIU HOME CARE INDUSTRY PENSION
FUND and CHIEF PENSION OFFICE
MICHAEL KAISER,

                              Defendants.

-----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

By letter dated January 4, 2010, plaintiff states that defendants have refused to comply

with her written requests for financial documents. See docket entry 29. Defendants have moved

to dismiss plaintiff's complaint and plaintiff has opposed the motion. See docket entries 21-26,

28. Generally speaking, discovery is stayed pending a decision on the motion to dismiss.

Therefore, defendants herein need not respond to plaintiff's requests for documents while the

motion to dismiss is pending. The parties will be notified when the Court decides the motion.

SO ORDERED.

                                                          _____
                                                          LOIS BLOOM
                                                          United States Magistrate Judge

Dated: January 11, 2010
       Brooklyn, New York